*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

```
COLONY INSURANCE COMPANY                    JUDGMENT IN A CIVIL CASE

v.

DAVID J. JOHNSON, P.C.; DAVID J.            CASE NO: 11-2866-A
JOHNSON; CYNTHIA BRIGANCE;
NOTREDAN, L.L.C.; REALTY TITLE AND
ESCROW COMPANY, INC.; ALAN MICHAEL
ALABASTER, M.D.; and STEVEN ALABASTER, M.D.
```

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Granting Motion Of Alan Michael Alabaster, M.D. And Steven Alabaster, M.D. To Be Dismissed From Case entered on January 7, 2013; the Consent Order For Partial Dismissal With Prejudice entered on February 6, 2013; the Order Granting Defendant Realty Title And Escrow Company, Inc.'s Motion To Dismiss entered on April 1, 2013; and the Order Granting Plaintiff's Motion For Summary Judgment and Order Granting Motion To Tender Premium entered on April 2, 2013, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 4/2/2013                              THOMAS M. GOULD
                                            Clerk of Court


                                            s/Terry L. Haley
                                            (By)  Deputy Clerk